IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.  PJM-19-0072** |
| | * | |
| **PATRICIA SAHADACHNY** | * | |
| _____ | * | |

### MOTION FOR THE ISSUANCE OF AN ARRRRANT

The Government respectfully asks this Court to issue an Arrest Warrant and as grounds therefore states:

1. On March 9, 2021, the Defendant was sentenced to 24 months of incarceration in the above-captioned matter following a plea of guilty to Count One of the Indictment charging her with theft of government property in violation of 18 U.S.C. § 641. After a series of extensions of time to surrender, first, on the basis of getting vaccinated against COVID-19, and then on the basis of a supposed injury and subsequent recovery following a fall. The Defendant ultimately was ordered to report for her sentence at Federal Correctional Institution (FCI) Alderson in Alderson, West Virginia before 2 PM on November 4, 2021.

2. Today, November 8, 2021, the undersigned was informed by Takiyah McWilson, United States Pretrial Services Officer, that the Defendant did not report to FCI Alderson as ordered on November 4, 2021. Officer McWilson stated that the Defendant contacted her by phone on November 5, 2021, and stated that she could not afford transportation to FCI Alderson and that she would not be reporting for her sentence. Officer McWilson contacted the Defendant again today at her home to confirm her address, and the Defendant told Officer McWilson that she would be going to the hospital and abruptly terminated the call before Officer McWilson could inquire about the reason the Defendant purportedly required medical treatment, or at which hospital she would be seeking it. The Defendant did not answer or return subsequent calls from Officer McWilson.

3. Therefore, the Government requests that a warrant be issued for the Defendant's arrest.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
Michael F. Davio
Special Assistant United States Attorney